Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Spencer L. Pfeiff (SBN 343305)
Spencer@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
Dan@ShayLegal.com
**SHAY LEGAL, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEANON HARTIGAN, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br><br>NIKE, INC.,<br><br>                    Defendant. | Case No: 3:26-cv-03417-AJB-JAC<br><br>NOTICE OF SETTLEMENT |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Raeanon Hartigan ("Plaintiff"), individually and on behalf of the putative class, and Defendant Nike, Inc. ("Defendant") (collectively, the "Parties"), have reached a settlement in principle that resolves the above-captioned action in its entirety.

The Parties are presently working to memorialize the terms of their settlement in a formal written settlement agreement. The Parties anticipate that, following execution of that agreement, they will file the appropriate dispositive papers to conclude this matter.

Because this action was brought as a putative class action, the dismissal of Plaintiff's individual and class claims is subject to Federal Rule of Civil Procedure 23(e). The Parties' settlement resolves Plaintiff's individual claims, and Plaintiff intends to dismiss her individual claims with prejudice and the putative class claims without prejudice. The Parties respectfully submit that, because no class has been certified and no class member has relied on the pendency of the class claims, court approval under Rule 23(e) is not required for the contemplated dismissal. The Parties will address the form of dismissal in their forthcoming filing.

The Parties respectfully request that the Court allow them forty-five (45) days from the date of this Notice within which to finalize the settlement and file a stipulation of dismissal or other appropriate dispositive papers.

Notice of Settlement

In the interest of preserving the resources of the Court and the Parties, the Parties further respectfully request that the Court vacate all currently scheduled hearings, conferences, and pretrial and trial deadlines pending the filing of the dismissal papers. Should the settlement not be finalized for any reason, the Parties will promptly notify the Court and request that appropriate dates be reset.

Respectfully submitted,

Date:  July 15, 2026

**SHAY LEGAL, APC**
By:  *s/ Daniel Shay*
Daniel G. Shay, Esq.
Dan@ShayLegal.com

*Attorneys for Plaintiff*

3

Notice of Settlement