UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAEANON HARTIGAN, individually and on behalf of others similarly situated,

Plaintiff,

v.

NIKE, INC.,

Defendant.

Case No.: 26-cv-3417-AJB-JAC

**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL**

In a notice of settlement dated July 15, 2026, Plaintiff informed the Court that the parties have reached a settlement that resolves Plaintiff's individual claims. The parties **SHALL FILE** their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **August 27, 2026**. A proposed order on the joint motion for dismissal must be emailed to the district judge's chambers on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Cabral.

If the fully executed joint motion for dismissal is not filed by **August 27, 2026**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference before Magistrate Judge Cabral on **September 3, 2026,** at **1:30 p.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: July 16, 2026

Hon. Janet A. Cabral
United States Magistrate Judge